**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Ana Mejia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13096-DRH |
| *Jamee Schaefer-Oney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20011-DRH |
| *Christi Lucas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12723-DRH |
| *Jacqueline Curriz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12714-DRH |
| *Karlynn Davis v. Bayer HealthCare, et al. Pharmaceuticals Inc., et al.* | No. 10-cv-13773-DRH |
| *Yolanda Grimm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11071-DRH |
| *Mary Holman-Giles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10080-DRH |
| *Danielle Van Ark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10557-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 24, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

**BY:** ___/s/*Caitlin Fischer*___
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.28
14:12:04 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT

2